W. A. JOHNSON, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 9, 1929.*

GUY L. SMITH, for claimant.

OSCAR E. CARLSTROM, Attorney General; FRANK R. EAGLE-TON, Assistant Attorney General, for respondent.

Mr. CHIEF JUSTICE CLARITY delivered the opinion of the court:

This cause coming on to be heard and upon the stipulations of the parties and entries of appearance and the testimony taken by the respective parties in this cause the court finds that it has jurisdiction of the parties and the subject matter in the said cause.

That W. A. Johnson on December 16th, 1928, while in the employ of the State of Illinois as tuberculosis inspector in driving upon and along the hard road between Taylorville and Geneva in the performance of his duty as such inspector suffered injuries as a result of an automobile accident; that two ribs were broken; jaw was broken and his right leg was broken in three places causing Mr. Johnson to have the total loss of the use of his right leg and the complete loss of his automobile.

The court finds that under the Compensation Act of the State of Illinois that the claimant paid out as a result of the said accident the following items:

| | |
|---|---:|
| Doctor bill | $ 30.00 |
| Removal of case | 5.00 |
| Set of teeth | 50.00 |
| Doctor bill (Dr. Sloan) | 175.00 |
| Hospital bill | 25.35 |
| Total expense | $475.35 |

and that under the Compensation Act he is entitled to compensation at the rate of Fourteen Dollars ($14.00) per week

for one hundred ninety (190) weeks, making a total of Two Thousand Six Hundred Sixty ($2,660.00) Dollars. That he was receiving a salary of Two Hundred Twenty-five ($225.00) per month.

The court further finds that the claimant makes no claim for the loss of his automobile or for temporary total incapacity.

It is, therefore, ordered by the court that the claimant be allowed the sum of Four Hundred Seventy-five Dollars and Thirty-five Cents ($475.35) for his actual expenses and the further sum of Two Thousand Six Hundred Sixty Dollars ($2,660.00) compensation for the total loss of the use of his right leg, making a total of Three Thousand One Hundred Thirty-five Dollars and Thirty-five Cents ($3,135.35).